**FILED**
JUN 2 4 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUROPLASMA S.A.<br>6 Rue Lajaunie<br>33100 Bordeaux<br>France,<br><br>Plaintiff,<br><br>v.<br><br>SOLENA GROUP, INC.<br>1900 K Street, N.W.<br>Suite 626<br>Washington, DC 20006,<br><br>Defendant. | CIVIL ACTION NO.<br><br><br><br>Case: 1:08-cv-01089<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 6/24/2008<br>Description: Contract |

## COMPLAINT

1. By this action, Plaintiff Europlasma S.A. ("Europlasma") seeks to enforce the terms of a promissory note requiring Defendant Solena Group, Inc. ("Solena") to pay to Europlasma the principal amount of €394,517, plus agreed upon interest. The unpaid principal and accrued interest became due and payable in full on January 10, 2008. Solena, however, failed to make payment on or before that date and still has not paid Europlasma, despite repeated demands. Accordingly, Europlasma seeks recovery of the amounts owed under the promissory note.

## PARTIES

2. Plaintiff Europlasma S.A. ("Europlasma") is a French corporation registered in Morcenx France and maintains its principal place of business in Bordeaux, France.

3. Defendant Solena Group, Inc. ("Solena") is a Delaware corporation and maintains its principal place of business in the District of Columbia.

## JURISDICTION AND VENUE

4. This Court's jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The matter in controversy exceeds $75,000, exclusive of interest and costs, and is between a citizen of a State and a citizen of a foreign state.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391(a), as Solena is the only defendant and is a resident of the District of Columbia.

## BACKGROUND

6. On September 14, 2007, in consideration for certain equipment that Solena purchased and received from Europlasma, Solena executed an unsecured promissory note (the "Note"). A true copy of the Note, which was executed by a duly authorized representative of Solena, is attached as Exhibit 1 hereto.

7. The Note required Solena to pay to Europlasma by January 10, 2008 (the "Due Date"), the principal amount of €394,517, plus interest at an annual rate of four percent (4%) from the date of execution.

8. The Note also provides that in the event of Solena's failure to meet its obligations under the Note, Europlasma is entitled to recover all costs, including reasonable attorneys' fees, incurred in collecting or attempting to collect the Note and any amounts payable under the Note

9. Solena did not make the required payment to Europlasma under the Note by the Due Date.

10. Despite subsequent demands by Europlasma, Solena has failed to pay the amounts due under the Note and is in default.

### COUNT I - BREACH OF PROMISSORY NOTE

11. Europlasma incorporates by reference the allegations of Paragraphs 1 through 10 as though fully set forth herein.

12. The Note was supported by good and valuable consideration and is fully enforceable against Solena.

13. Europlasma performed any obligations it had under the Note.

14. Solena has failed to perform its obligations under the Note. Specifically, Solena failed to pay the Note, including accrued interest, to Europlasma by the Due Date.

15. As a direct and proximate result of Solena's actions, Europlasma has been injured.

16. Solena's actions constitute a material breach of the Note for which it is liable to Europlasma in the principal amount of €394,517 (the "Principal Amount"), together with interest on the Principal Amount from September 14, 2007, until paid, at an annual rate of four percent (4%).

17. In addition, pursuant to the terms of the Note, Solena is liable to Europlasma for all costs, including reasonable attorneys' fees, incurred by Europlasma in collecting or attempting to collect the Note and any amounts payable under the Note.

## REQUEST FOR RELIEF

Wherefore, Europlasma respectfully requests that this Court enter a judgment against Solena, awarding Europlasma the following relief:

(a) the principal amount of €394,517;

(b) interest on the principal amount from September 14, 2007, until the date of judgment, at an annual rate of four percent (4%);

(c) all costs of collection, including the costs of this lawsuit and reasonable attorneys' fees; and

(d) such other relief as may be just and equitable.

Dated: June 24, 2008

Joanne L. Zimolzak, D.C. Bar No. 452035
Frank M. Rapoport, D.C. Bar No. 326512
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500
(202) 496-7756 (facsimile)
Attorneys for Plaintiff, Europlasma S.A.

# Exhibit 1

08 1089

**FILED**

JUN 2 4 2008

**Clerk,** U.S. District and
**Bankruptcy** Courts

SOLENA GROUP, INC.

UNSECURED PROMISSORY NOTE DUE 2008

September 14, 2007                                                                                                    €394,517

      FOR VALUE RECEIVED, SOLENA GROUP, INC., a Delaware corporation (the "Company"), promises to pay to **Europlasma**, or its registered assigns (the "Holder"), at 6 Rue Lajaunie Bordeaux France 33100, or at such other place as the Holder may from time to time designate in writing, in lawful money of the European Union, the aggregate sum of Three Hundred Ninety Four Thousand Five Hundred Seventeen Euros (€394.517) with interest from the date of 9/14/2007 on the unpaid principal at an annual rate of 4% in accordance with the following terms and provisions of this Unsecured Promissory Note Due 2008 (as the same may be amended, modified or supplemented from time to time, this "Note"). The unpaid principal and accrued interest shall be payable in full on 01/10/2008 (the "Due Date").

      All payments of this Note shall be paid in the legal currency of the European Union and applied first in payment to accrued interest and any remainder in payment of principal. The accrued interest of the Note shall determined at an annual rate of 4%.

      Upon payment in full of this Note the Company shall have no further obligations or liability under this Note.

      If any of the following events of default occur, this Note and any other obligations of the Company to the Holder, shall become due upon demand or notice: 1) the filing of bankruptcy proceedings involving the Company as a debtor; 2) the insolvency of the Company; or 3) a misrepresentation of the Company to the Holder for the purpose of obtaining or extending credit.

      If any payment obligation under this Note is not paid when due, the Company shall be obligated to pall all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

      No renewal or extension of this Note, delay in enforcing any right of the Holder under this Note, or assignment by the Holder of this Note shall affect the liability or the obligations of the Company.

      This Note shall be governed and construed in accordance with the laws of the State of Delaware. If any one or more of the provisions of this Note are determined to be unenforceable in whole or in part for any reason, the remaining provisions shall remain fully operative.

      Payment shall be made to as outlined below with the interest included in the stated amount:



IN WITNESS WHEREOF, the Company has caused this Unsecured Note to be executed by its duly authorized representative as of the day and year first above written.

SOLENA GROUP, INC.
a Delaware corporation

By: _____
Name: ROBERT T. Do
Title: PRESIDENT & CEO

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Europlasma S.A.    99999 | Solena Group, Inc. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joanne L. Zimolzak
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500 (telephone)

Case: 1:08-cv-01089
Assigned To : Kennedy, Henry H.
Assign. Date : 6/24/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U S Government Plaintiff
- ○ 2 U S Government Defendant
- ○ 3 Federal Question (U S Government Not a Party)
- ⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ⊙ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*    OR    ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. **Habeas Corpus/ 2255**<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. **Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ⦿ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☒ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U S C s 1332 - suit in diversity for recovery of amounts due under a promissory note

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23   DEMAND $ 394,517 Euro   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form

DATE  June 24, 2008   SIGNATURE OF ATTORNEY OF RECORD  [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed Listed below are tips for completing the civil cover sheet These tips coincide with the Roman Numerals on the Cover Sheet

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence Use 11001 to indicate plaintiff is resident of Washington, D C , 88888 if plaintiff is resident of the United States but not of Washington, D C , and 99999 if plaintiff is outside the United States

III.  CITIZENSHIP OF PRINCIPAL PARTIES This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.  CASE ASSIGNMENT AND NATURE OF SUIT The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint You may select only one category You must also select one corresponding nature of suit found under the category of case

VI.  CAUSE OF ACTION Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause

VIII.  RELATED CASES, IF ANY If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form