IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 24 2008
Clerk, U.S. District and
Bankruptcy Courts

EUROPLASMA S.A.
6 Rue Lajaunie
33100 Bordeaux
France,

        Plaintiff,

v.

SOLENA GROUP, INC.
1900 K Street, N.W.
Suite 626
Washington, DC 20006,

        Defendant.

CIVIL ACTION NO.

Case: 1:08-cv-01089
Assigned To : Kennedy, Henry H.
Assign. Date : 6/24/2008
Description: Contract

## PLAINTIFF EUROPLASMA'S CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Europlasma S.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Europlasma S.A., which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 24, 2008

                                      Joanne L. Zimolzak, D.C. Bar No. 452035
                                      Frank M. Rapoport, D.C. Bar No. 326512
                                      MCKENNA LONG & ALDRIDGE LLP
                                      1900 K Street, NW
                                      Washington, D.C.  20006
                                      (202) 496-7500
                                      (202) 496-7756 (facsimile)
                                      Attorneys for Plaintiff, Europlasma S.A.

2