AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Europlasma S.A.

**SUMMONS IN A CIVIL CASE**

V.

Solena Group, Inc.

Case: 1:08-cv-01089
Assigned To : Kennedy, Henry H.
Assign. Date : 6/24/2008
Description: Contract

TO: (Name and address of Defendant)

Solena Group
c/o CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005-5109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joanne L. Zimolzak
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUN 2 4 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE  6-25-08 |
| NAME OF SERVER *(PRINT)* James Fowlie || TITLE  Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1015 15th Street NW. Suite #1000

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Mark Diffenbaugh

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $21.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-08
             Date

Signature of Server: Jim Fowlie

Address of Server: 940 Randolph St. #35

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.