# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUROPLASMA, S.A. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLENA GROUP, INC. )<br>)<br>Defendants. ) | Case No. 1:08-CV-01089 HHK |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, and the law firm of Seyfarth Shaw LLP, as counsel for Defendant Solena Group, Inc. in the above-referenced matter.

Respectfully submitted,

SOLENA GROUP, INC.

By: /s/ James M. Mesnard
James M. Mesnard
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 828-3533
(202) 828-5393 (facsimile)

Dated: July 11, 2008          Its Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance was served via ECF this 11th day of July, 2008, on:

>Joanne L. Zimolzak, Esq.
>Frank M. Rapoport, Esq.
>McKenna Long & Aldridge LLP
>1900 K Street, N.W.
>Washington, D.C.  20006

          /s/ James M.Mesnard_____
         James M. Mesnard