**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EUROPLASMA, S.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CV-01089 HHK |
| | ) | |
| SOLENA GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF**
**TIME TO RESPOND TO COMPLAINT**

Defendant Solena Group, Inc., by its undersigned counsel and pursuant to Rule 6(b) of

the Federal Rules of Civil Procedure, respectfully moves that it be granted an enlargement of

time until July 18, 2008 to respond to Plaintiff's Complaint.  Plaintiff's counsel consents to

Defendant's motion.

                                        Respectfully submitted,

EUROPLASMA, S.A.                        SOLENA GROUP, INC.


By:   /s/ Joanne L. Zimolzak            By:   /s/ James M. Mesnard
    Joanne L. Zimolzak                      James M. Mesnard
    Frank M. Rapoport                       Seyfarth Shaw LLP
    McKenna Long & Aldridge LLP             815 Connecticut Avenue, N.W.
    1900 K Street, NW                       Suite 500
     Washington, DC  20006                  Washington, D.C.  20006

Dated:  July 11, 2008

DC1 30234348.1 / 55420-000002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EUROPLASMA, S.A.          )

             )

      Plaintiff,      )

             )

    v.           )      Case No. 1:08-CV-01089 HHK

             )

SOLENA GROUP, INC.    )

             )

      Defendants.   )

**ORDER**

Upon consideration of Defendant Solena Group, Inc.'s consent motion for enlargement of time to respond to Plaintiff's Complaint, it is hereby ORDERED, this _____ day of July, 2008, that Defendant's motion is granted, and the date by which Defendant must respond to Plaintiff's Complaint is enlarged to July 18, 2008.

_____

Henry H. Kennedy
United States District Court Judge

DC1 30234347.1 / 55420-000002