IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUROPLASMA S.A.<br><br>   Plaintiff,<br><br>v.<br><br>SOLENA GROUP, INC.<br><br>   Defendant. | Case No.: 1:08-cv-01089 (HHK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO STAY AND COMPEL ARBITRATION**

Plaintiff Europlasma S.A., by its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves that it be grated an enlargement of time until August 5, 2008 to respond to Defendant's Motion to Dismiss Complaint or, in the Alternative, to Stay and Compel Arbitration. Defendant's counsel consents to Plaintiff's motion.

Respectfully submitted,

| EUROPLASMA, S.A. | SOLENA GROUP, INC. |
|---|---|
| By: /s/ Joanne L. Zimolzak<br>Joanne L. Zimolzak, D.C. Bar No. 452035<br>Frank M. Rapoport, D.C. Bar No. 326512<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K Street, NW<br>Washington, D.C. 20006<br>(202) 496-7500<br>jzimolzak@mckennalong.com | By: /s/ James M. Mesnard<br>James M. Mesnard, D.C. Bar No. 404835<br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC 20006<br>(202) 463-2400<br>jmesnard@seyfarth.com |

Dated: July 24, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUROPLASMA S.A.<br><br>        Plaintiff,<br><br>v.<br><br>SOLENA GROUP, INC.<br><br>        Defendant. | Case No.: 1:08-cv-01089 (HHK) |

## ORDER

Upon consideration of Plaintiff Europlasma S.A.'s consent motion for enlargement of time to respond to Defendant's Motion to Dismiss Complaint or, in the Alternative, to Stay and Compel Arbitration, it is hereby ORDERED, this ____ day of July, 2008, that Plaintiff's motion is granted, and the date that Plaintiff must respond to Defendant's Motion to Dismiss Complaint or, in the Alternative, to Stay and Compel Arbitration is enlarged to August 5, 2008.

 

                                                          The Honorable Henry H. Kennedy
                                                          United States District Court Judge

DC:50560595.1