**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EUROPLASMA, S.A.,                      )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )    Case No. 1:08-CV-01089 HHK
                                       )
SOLENA GROUP, INC.,                    )
                                       )
          Defendant.                   )
_____)

**CONSENT MOTION TO FILE CONSOLIDATED REPLY TO**
**OPPOSITION TO MOTION TO DISMISS OR TO STAY AND RESPONSE TO**
**MOTION FOR SUMMARY JUDGMENT AND FOR ENLARGEMENT OF TIME**

Defendant Solena Group, Inc. ("Solena"), by its undersigned counsel and

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves that it

be granted leave to file one consolidated reply to Plaintiff Europlasma, S.A.'s

("Europlasma") opposition to Solena's motion to dismiss and response to Europlasma's

motion for summary judgment.  Solena also moves that it be granted an enlargement of

time until August 26, 2008, to file this consolidated memorandum.  Europlasma's counsel

consents to this motion.

In support of its consent motion, Solena states the following:

1.    On July 18, 2008, Solena filed a motion to dismiss Europlasma's complaint

or, in the alternative, to stay and to compel arbitration.

2.    On August 5, 2008,  Europlasma filed a consolidated memorandum in

opposition to Solena's motion to dismiss and a motion for summary judgment.

3.    Solena respectfully moves that it be granted leave to file a consolidated

memorandum in response to Europlasma's filing instead of a reply to Europlasma's

opposition to Solena's motion to dismiss and a separate opposition to Europlasma's motion for summary judgment. A consolidated filing will allow more orderly consideration of the issues raised by the parties' competing motions and at the same time avoid duplicative overlapping filings.

4.    Solena's counsel will be on vacation from August 9, 2008 through August 16, 2008. Thus, Solena respectfully moves that it be granted an enlargement of time until August 26, 2008, to file its consolidated memorandum.

5.    Europlasma's counsel consents to Solena's motion.

Respectfully submitted,

SOLENA GROUP, INC.

By:    /s/ James M. Mesnard
         James M. Mesnard
         Seyfarth Shaw LLP
         815 Connecticut Avenue, N.W.
         Suite 500
         Washington, DC  20006

Dated:  August 7, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EUROPLASMA, S.A.,                    )
                                     )
           Plaintiff,                )
                                     )
v.                                   )    Case No. 1:08-CV-01089 HHK
                                     )
SOLENA GROUP, INC.,                  )
                                     )
           Defendant.                )
_____)

## ORDER

Upon consideration of Defendant Solena Group, Inc.'s consent motion for leave to file a consolidated reply to Europlasma's response to Solena's motion to dismiss and response to Europlasma's motion for summary judgment, and for an enlargement of time until August 26, 2008, to file this consolidated paper, it is hereby ORDERED, this _____ day of August, 2008, that Defendant's motion is granted, and Solena may file a consolidated response to Europlasma's filing no later than August 26, 2008.


                              _____
                              Henry H. Kennedy
                              United States District Court Judge